1  David J. Lazerwitz (State Bar No. 221349)
   dlazerwitz@fbm.com
2  Linda S. Gilleran (State Bar No. 307107)
   lgilleran@fbm.com
3  Farella Braun + Martel LLP
   One Bush Street, Suite 900
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant-Intervenor
   EAGLE CREST ENERGY COMPANY, INC.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | NATIONAL PARKS CONSERVATION ASSOCIATION, | Case No. 2:24-cv-01434-DJC-CKD |
|---|---|---|
| 12 | Plaintiff, | **INTERVENOR-DEFENDANT EAGLE CREST ENERGY COMPANY'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT** |
| 13 | vs. | |
| 14 | | |
| 15 | UNITED STATES BUREAU OF LAND MANAGEMENT; TRACY STONE-MANNING, Director of United States Bureau of Land Management; and KAREN MOURITSEN, Bureau of Land Management California State Director, | The Hon. Daniel J. Calabretta Courtroom 10, 13th Floor |
| 16 | | Date:   May 1, 2025  Time:   1:30 p.m. |
| 17 | | |
| 18 | Defendants. | [National Environmental Policy Act, 42 U.S.C. § 4321 et seq.; Federal Land Policy and Management Act, 43 U.S.C. § 1701 et seq.] |
| 19 | | |
| 20 | EAGLE CREST ENERGY COMPANY, INC., | |
| 21 | Defendant-Intervenor. | |
| 22 | | |

23      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24      PLEASE TAKE NOTICE that at 1:30 p.m., on May 1, 2025 in Courtroom 10, 13th

25  Floor, of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA

26  95814, or as soon thereafter as counsel may be heard, Defendant-Intervenor Eagle Crest

27  Energy Company, Inc. ("ECEC") will and hereby does cross-move for summary judgment

28  ("Cross-Motion") in favor of Federal Defendants United States Bureau of Land

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

INTERVENOR-DEFENDANT ECEC'S NOTICE OF
CROSS-MOTION FOR SUMMY JDGMNT-No.
2:24-cv-01434-DJC-CKD

44357\17204659.1

Management, et al., on whose behalf ECEC intervened, on all claims in the above-captioned litigation in accordance with Rule 56 of the Federal Rules of Civil Procedure, Local Rule 260, and the Court's Pretrial Scheduling Order (ECF No. 51).  This Notice is filed concurrently with Federal Defendants' Cross-Motion for Summary Judgment pursuant to the Court's Scheduling Order.  ECF No. 51.

Federal Defendants and ECEC each have met their burdens on summary judgment that the Bureau of Land Management ("BLM") complied with the Administrative Procedure Act, National Environmental Policy Act and Federal Land Policy Management Act when BLM issued its August 1, 2018 Decision Record, which approved the issuance of a right of way ("ROW") for certain linear and ancillary facilities associated with the Eagle Crest Pumped Storage Project and which approved a corresponding amendment to the California Desert Conservation Area Plan for the ROW.  Plaintiff, on the other hand, has not met its burden in establishing that BLM's decision was "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law."  5 U.S.C. § 706(2)(A).

Pursuant to Eastern District of California Local Rule 261(b) (administrative record cases), and because the parties agree that there are no undisputed facts at issue in this case, ECEC is not filing a statement of undisputed facts concurrently with this Cross-Motion.

ECEC's Cross-Motion is based on the accompanying Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, the authorities cited therein, Federal Defendants' Administrative Record, an index for which was filed with the Court on December 16, 2021 (ECF No. 24), and upon the papers, records and pleadings on file in this matter.

The undersigned counsel hereby certify that, on Wednesday, October 9, 2024, counsel for BLM and ECEC met with Plaintiff NPCA to meet and confer regarding this Cross-Motion.  The parties were unable to reach a resolution that would avoid the filing of this Cross-Motion.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

INTERVENOR-DEFENDANT ECEC'S NOTICE OF CROSS-MOTION FOR SUMMY JDGMNT-No. 2:24-cv-01434-DJC-CKD

2

44357\17204659.1

Dated: January 22, 2025

FARELLA BRAUN + MARTEL LLP

By: _____
David J. Lazerwitz

Attorneys for Defendant-Intervenor
EAGLE CREST ENERGY COMPANY, INC.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

INTERVENOR-DEFENDANT ECEC'S NOTICE OF CROSS-MOTION FOR SUMMY JDGMNT-No. 2:24-cv-01434-DJC-CKD

3

44357\17204659.1